TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:	(702) 382-2101
Facsimile:	(702) 382-8135

Attorneys for Plaintiff
NP IP HOLDINGS LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NP IP HOLDINGS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DELTA INVESTMENTS & DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:11-cv-01553-PMP-VCF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), NP IP HOLDING LLC ("Plaintiff") hereby submits its voluntary dismissal of the above captioned matter without

///

///

///

015181\0008\1702469.1

1

1  prejudice. Defendant Delta Investments & Development, LLC has not filed an answer or
2  responsive pleading to Plaintiff's Complaint.
3  DATED this 28th day of June, 2012.         Respectfully submitted,

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: /s/ Laura E. Bielinski
    Tamara Beatty Peterson (# 5218)
    Laura E. Bielinski (# 10516)
    100 City Parkway, Suite 1600
    Las Vegas, Nevada  89106-4614

Attorneys for Plaintiff
NP IP HOLDINGS LLC

**IT IS SO ORDERED**

DATED:  June 28, 2012

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of June, 2012, I served a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** via electronic mail to the following:

Thomas B. Shepherd, III
190 East Capitol Street, Suite 800
Jackson, MS 39201
Email: tshepherd@watkinsludlam.com
Attorney for Defendant Delta Investments & Development, LLC

   /s/ Erin Parcells
an employee of Brownstein Hyatt Farber Schreck, LLP